UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
DAVID THOMPSON,               )
            Petitioner,       )
                              )    Civil Action No.
            v.                )    13-11764-NMG
                              )
BRUCE GELB,                   )    App. No. 15-1038
            Respondent.       )
_____)
```

ORDER

GORTON, J.

Upon examination of the petitioner's motion for to appeal <u>in forma pauperis</u> and the financial affidavit in support thereof, the Court denies the motion.

A litigant seeking <u>in forma pauperis</u> status is not required to demonstrate absolute destitution. <u>See</u> <u>Adkins</u> v. <u>E.I. DuPont de Nemours & Co., Inc.</u>, 335 U.S. 331, 339 (1948); <u>In re Williamson</u>, 786 F.2d 1336, 1339 (8th Cir. 1986) ("[I]ndigency for a prisoner under section 1915 is not synonymous with absolute pennilessness."). However, Thompson's prison account statement indicates that from May 1, 2014 through January 21, 2015, he received over three thousand dollars. The same document shows that his account balance was well above the amount of the appeal fee at the time he filed the motion. The Court finds that Thompson has adequate income and assets to pay the appeal fee.

Accordingly, the Court denies the petitioner's motion to appeal <u>in forma pauperis</u>. If Thompson would still like to pursue <u>in forma pauperis</u> status on appeal, he may, within thirty (30) days, file a new motion to appeal <u>in forma pauperis</u> with the United States Court of Appeals for the First Circuit. <u>See</u> Fed.

R. App. P. 24(a)(5).[1]

The Clerk is also directed to transmit a copy of this Order to the First Circuit.


SO ORDERED.


                              /s/ Nathaniel M. Gorton
                              Nathaniel M. Gorton
                              UNITED STATES DISTRICT JUDGE
Dated: 3/18/15

---

[1]Fed. R. App. P. 24(a)(5) provides:

A party may file a motion to proceed on appeal in forma pauperis in the court of appeals within 30 days after service of the notice [of the district court's order denying the motion to appeal <u>in</u> <u>forma</u> <u>pauperis</u>].  The motion must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action.  If no affidavit was filed in the district court, the party must include the affidavit prescribed by Rule 24(a)(1).

Fed. App. P. 24(a)(5).